IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,     )
                                   )     CASE NUMBER:  25-mj-7215-MAB
         Plaintiff,        )
                                     )
vs.                                 )
                                   )
GILDARDO SEBASTIAN CENOBIO     )
                                   )
         Defendant.       )

## CRIMINAL COMPLAINT

I, Joseph R. Hentz, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

## ILLEGAL REENTRY AFTER DEPORTATION

On or about the 4th day of November, 2025, in Madison County, in the Southern District of Illinois,

## GILDARDO SEBASTIAN CENOBIO,

an alien, was found in the United States after having been removed there from on or about October 3, 2012, at or near Del Rio, Texas, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

## AFFIDAVIT

I further state that I am a Deportation Officer with Immigration & Customs Enforcement, (ICE), and that I have been so employed since September 13, 2009. My duties as an ICE Deportation Officer include the investigation of any criminal violations of the Immigration and Nationality Act. I have recently investigated the suspected unlawful presence in the United States of GILDARDO SEBASTIAN-CENOBIO. According to official records maintained by ICE on

GILDARDO SEBASTIAN CENOBIO, he is a Mexican national, who was previously deported two prior times from the United States to Mexico, most recently on October 3, 2012, at Del Rio, Texas.

On November 4, 2025, I discovered GILDARDO SEBASTIAN CENOBIO had reentered the United States during an investigative vehicle stop on IL RT 111, just south of IL RT 162 in Granite City, IL. Federal partners from the ATF, DEA, FBI, HSI, IRS, and I were doing surveillance at 4389 IL RT 162, Granite City, IL. Officers were attempting to take Sergio Sebastian Cenobio, GILDARDO'S brother, into administrative ICE custody at that address. Officers observed a Hispanic male matching the description of the target, along with two other Hispanic men leave the residence and get into a White Ford F150 with IL registration 3167546B around 0700 hours. Officers observed the White Ford F150 leave the residence on IL RT 162 and turn south onto IL RT 111.

I conducted a vehicle stop on the White Ford truck around 0703 hours. I approached the driver's side window of the truck and announced my name, title, and employment agency. I asked the driver and the two passengers for their identifications. The front seat passenger, GILDARDO SEBASTIAN CENOBIO produced a Mexican consular ID card. I ran GILDARDO SEBASTIAN CENOBIO'S name and date of birth through the ICE Law Enforcement Support Center in Williston, VT. The search revealed GILDARDO SEBASTIAN CENOBIO had been deported two times previously and that he has no benefits or petitions pending with USCIS. At or around 0715 hours, I asked GILDARDO SEBASTIAN CENOBIO to step out the front passenger side of the truck and I placed him under arrest. I informed GILDARDO SEBASTIAN CENOBIO that he was under arrest for violating United States Immigration laws. GILDARDO SEBASTIAN CENOBIO was handcuffed, with his hands behind his back. The cuffs were checked for tightness and double locked. GILDARDO SEBASTIAN CENOBIO was placed into the rear passenger compartment of my government owned vehicle.

GILDARDO SEBASTIAN CENOBIO was transported to the St. Louis, MO ICE ERO

office for processing. During processing, his fingerprints were run through federal databases, and they matched with those associated with GILDARDO SEBASTIAN CENOBIO in FBI# 717835MC5 and ICE immigration record A# 200 096 068. GILDARDO SEBASTIAN CENOBIO'S criminal history also revealed a September 6, 2007, conviction of 18 U.S.C. § 922 for being an illegal alien in possession of a firearm out of the Southern District of Illinois. At the time of his booking, GILDARDO SEBASTIAN CENOBIO had $870.00 of US currency and a Mexican consular ID reflecting his name. GILDARDO SEBASTIAN CENOBIO is currently in ICE custody in Ste. Genevieve County jail in Ste. Genevieve, Missouri.

According to official records maintained by ICE, following his deportation to Mexico on October 3, 2012, GILDARDO SEBASTIAN CENOBIO never received permission from the Secretary of the Department of Homeland Security to lawfully reenter the United States. Based on the above information, it appears that GILDARDO SEBASTIAN CENOBIO is an alien, who was found in the United States after having been previously deported from the United States, all in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NAUGHT.

JOSEPH R HENTZ  Digitally signed by JOSEPH R HENTZ
Date: 2025.11.06 12:44:55 -06'00'

Joseph R. Hentz,
Deportation Officer
Immigration and Customs Enforcement

State of Illinois        )
                         )  SS.
County of Madison        )

Sworn to before me and subscribed in my presence on the __10__ day of November, 2025, at East St. Louis, Illinois.

Mark A. Beatty

HON. MARK A. BEATTY
United States Magistrate Judge

3

 /s/ Madalyn J. Campbell
MADALYN J. CAMPBELL,
Assistant United States Attorney

 /s/ Madalyn J. Campbell
MADALYN J. CAMPBELL,
Assistant United States Attorney